**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Rebecca Maria Garcia,

                      Plaintiff,                     21 **CIVIL** 1230 (SDA)

     -v-                                       **<u>JUDGMENT</u>**

Commissioner of Social Security,

                      Defendant.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 14, 2022, Plaintiff's motion is GRANTED and the Commissioner's cross-motion is DENIED. The Court has remanded this case for further proceedings before the SSA; accordingly, the case is closed.

**Dated:**  New York, New York
           September 14, 2022

                                                        **RUBY J. KRAJICK**

                                                         **Clerk of Court**
                        **BY:**     *K. Mango*

                                                         **Deputy Clerk**