

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rebecca Maria Garcia,

                Plaintiff,

-against-

Commissioner of Social Security,

                Defendant.

21-cv-01230 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Defendant filed a motion to alter judgment on October 7, 2022. (ECF No. 34.) Plaintiff's response was due on October 21, 2022; however, no response has yet been filed.

No later than October 28, 2022, Plaintiff shall file any opposition to Defendant's motion to alter judgment, otherwise, the Court will decide the motion on Defendant's submissions alone.

**SO ORDERED.**

Dated:    New York, New York
           October 25, 2022

_____
STEWART D. AARON
United States Magistrate Judge