**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____11/10/2022____
```

**Rebecca Maria Garcia,**

                              **Plaintiff,**

              **-against-**

**Commissioner of Social Security,**

                              **Defendant.**

**21-cv-01230 (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Plaintiff filed her opposition to Defendant's motion to alter judgment on October 28, 2022, asserting, in part, "[t]he regulations specifically provide that when a Federal Court remands a case to the Agency for further proceedings, the Appeals Council or ALJ may consider any issue, regardless of whether it was raised in the prior proceedings." (*See* Pl.'s Opp., ECF No. 37, at 3-4 (citing C.F.R. §§ 404.983(a), 416.1483(a)).)

No later than November 17, 2022, Defendant shall file a reply to Plaintiff's opposition, addressing the above assertion.

**SO ORDERED.**

Dated:        New York, New York
              November 10, 2022

_____
STEWART D. AARON
United States Magistrate Judge