**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Rebecca Maria Garcia,

                       Plaintiff,

      -against-                                            21 **CIVIL** 1230 (SDA)

                                                                  **AMENDED JUDGMENT**

Commissioner of Social Security,

                      Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 14, 2022 and the Court's Opinion and Order dated November 22, 2022, the Commissioner's motion is GRANTED IN PART and DENIED IN PART. The Court clarifies that its decision to remand solely was based upon Plaintiff's SSI claim. The amended judgment is entered consistent with this clarification.

**Dated:**  New York, New York

      November 23, 2022

                                                                           **RUBY J. KRAJICK**

                                                                           **Clerk of Court**

                           **BY:**                K. Mango

                                                                           **Deputy Clerk**